COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-13-00963-CV |
| Style: | Medical Discount Pharmacy, L.P., LifeChek Rosenberg GP, Inc., LifeChek, Inc., and Bruce V. Gingrich |
| | **v** State of Texas |
| Date motion filed[*]: | March 18, 2014 |
| Type of motion: | Motion for extension of time to file the reporter's record |
| Party filing motion: | Court reporter |
| Document to be filed: | Reporter's record |

If motion to extend time:

| | | |
|---|---|---|
| Original due date: | December 17, 2013 | |
| Number of prior extensions: | 3 | Current Due date: March 19, 2014 |
| Date Requested: | April 19, 2014 | |

Ordered that motion is:

☐     Granted in part

      If document is to be filed, document due:

        ☐     The Court will not grant additional motions to extend time

☒     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

**The record was originally due on December 17, 2013. We have granted three extensions for filing the record and have previously stated that no further extensions would be granted. Accordingly, we deny the motion. If the record is not filed within 14 days of the date of this order, we may require the court reporter to appear and show cause why the record has not been filed.**

Judge's signature: /s/ Chief Justice Sherry Radack

                ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: March 20, 2014

November 7, 2008 Revision